389 A.2d 700

Turns et ux., Appellants, v. Hoover et ux., et al.

Argued March 13, 1978. Clarence B. Turns, Jr., for appellants; Charles J. DeHart, III, with him Richard L. Kearns, for appellees.

Order affirmed.

389 A.2d 701

W100, Inc., Appellant, v. England Motors, Inc., et al.

Argued March 14, 1978. William M. Gross, with him Krank, Gross & Casper, for appellant; Milton Bernstein, with him Melman, Gekas, Nicholas & Lieberman, for appellees.

Order affirmed.

VAN der VOORT, J., dissented.